```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 20551
    BARBARA HAWKINS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3482


------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/02/2007 and was confirmed 01/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was converted to chapter 7 after confirmation 04/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CARRINGTON MORTGAGE SERV  CURRENT MORTG         .00           .00            .00
CARRINGTON MORTGAGE SERV  MORTGAGE ARRE         .00           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED           .00            .00
ALLIED INTERSTATE         UNSECURED       NOT FILED           .00            .00
CBE GROUP                 UNSECURED       NOT FILED           .00            .00
GE CONSUMER FINANCE       UNSECURED         1605.53           .00            .00
ECAST SETTLEMENT CORP     UNSECURED          422.07           .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED          114.00           .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY           701.11           .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       10.50           .00          10.50
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,500.00                      1,065.02
TOM VAUGHN                TRUSTEE                                           93.52
DEBTOR REFUND             REFUND                                           130.72

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     1,299.76

PRIORITY                                         10.50
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                 1,065.02
TRUSTEE COMPENSATION                              93.52
DEBTOR REFUND                                    130.72
                          --------------    --------------
TOTALS                      1,299.76           1,299.76




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 20551 BARBARA HAWKINS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/18/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE